OWEN WILLIAMS, Respondent, *v.* THE BROOKLYN SAVINGS BANK, Defendant, and SARAH J. GOODRICH et al., as Administrators of WILLIAM WILLIAMS, Deceased, Appellants.

*Williams* v. *Brooklyn Savings Bank*, 51 App. Div. 332, appeal dismissed. (Argued February 15, 1901; decided February 15, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 29, 1900, reversing a judgment in favor of defendants entered upon a decision of the court on trial at Special Term, and granting a new trial.

*Charles H. Kelby* and *George Eckstein* for appellants.

*Edward F. Dwight* for respondent.

Appeal dismissed, with costs, on argument.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HIRAM H. MILLER, Respondent, *v.* WILLIAM C. ELMENDORF, Mayor of the City of Ithaca, Appellant.

*People ex rel. Miller* v. *Elmendorf*, 51 App. Div. 173, appeal dismissed. (Submitted February 11, 1901; decided February 15, 1901.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, made June 30, 1900, reversing the decision of the defendant herein dismissing the relator from the police force of the city of Ithaca, and reinstating him as a police officer on said force.

The motion was made upon the ground that the matter had been finally disposed of upon a reargument before the Appellate Division.

*F. E. Tibbetts* for motion.

*Edward J. Mone* opposed.

Motion granted and appeal dismissed, without costs.